# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON ___6/26/2015___

Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America<br>v.<br><br>Donald Dawaine Sutton | )<br>)<br>)<br>) Case No:  4:13-CR-44-1BO<br>) USM No: 57741-056<br>) |
| Date of Original Judgment:  April 24, 2014 | ) |
| Date of Previous Amended Judgment: _____ | ) Cindy Bembry |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  84 _____ months **is reduced to** 70 months. _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 24, 2014, _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  **6-26-15** _____

*Judge's signature*

Effective Date:  November 1, 2015 _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge _____
*Printed name and title*

EDNC Rev. 11/8/2011